### 23998. NORBO TRADING CORPORATION v. WOHLMUTH.

MOBLEY, Justice. The judgment appealed from is one sustaining a general demurrer to the answer and cross claim of the defendant (appellant), and is not an appealable judgment. *Code Ann.* § 6-701 (Ga. L. 1965, p. 18); *Dove v. Maxwell,* 184 Ga. 460 (1) (191 SE 916); *Cook County v. Thornhill Wagon Co.,* 186 Ga. 835 (1) (199 SE 117) and cases cited; *Sanders v. Sanders,* 212 Ga. 244 (91 SE2d 604); *Seaton v. Redisco, Inc.,* 113 Ga. App. 256 (2) (147 SE2d 828); *Birdwell v. Pippen,* 113 Ga. App. 202 (147 SE2d 673). It follows that the appeal is premature and must be dismissed. *Code*

*Ann.* § 6-809 (b 2) (Ga. L. 1965, pp. 18, 29; 1965, pp. 240, 241; 1966, pp. 493, 500).

*Appeal dismissed. All the Justices concur.*
ARGUED MARCH 14, 1967—DECIDED MARCH 23, 1967.

*John R. Calhoun,* for appellant.
*Joseph B. Bergen, Newell Edenfield,* for appellee.